Tolen

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Frank Tolen, Jr., Respondent,
v.
State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Saluda County
 Kenneth G. Goode, Circuit Court Judge

Memorandum Opinion No. 2005-MO-061
Submitted November 16, 2005 - Filed December 19, 2005

DISMISSED, IN PART, AS IMPROVIDENTLY GRANTED, VACATED IN PART, AND REMANDED.

 
 
 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Adrianne L. Turner, and Assistant Attorney General Sabrina C. Todd, of Columbia, for Petitioner.
Acting Deputy Chief Attorney Wanda H. Carter, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the grant of post-conviction relief (PCR) to Respondent, Frank Tolen, Jr.  We dismiss, in part, as improvidently granted, and vacate the remainder of the PCR courts rulings.   
We dismiss certiorari as improvidently granted with respect to the PCR courts ruling on the issue of the States failure to give proper notice of intent to seek a sentence of life imprisonment without parole pursuant to S.C. Code Ann. § 17-25-45(H) (2003).
The remainder of the holdings of the PCR court are vacated, and the matter is remanded for a new trial.
DISMISSED IN PART AS IMPROVIDENTLY GRANTED, VACATED IN PART AND REMANDED.
 TOAL, C.J., MOORE, BURNETT and PLEICONES, JJ., concur.  WALLER, J., not participating.